DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANN MICHELE WORRALL,**
Appellant,

v.

**RAY SPORE** and
**KING OF KITCHEN AND GRANITE, INC.,**
Appellees.

No. 4D22-3244

[May 10, 2023]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Lauren G. Burke, Judge; L.T. Case No. 50-2022-SC-015258-XXXX-MB.

Ann Michele Worrall, West Palm Beach, pro se.

No appearance for appellees.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979).

WARNER, DAMOORGIAN and CONNER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***